**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALDO SOSA SALAZAR,** | : | **CIVIL ACTION** |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **NO. 26-cv-07608** |
| | : | |
| **WARDEN J.L. JAMISON, et al.,** | : | |
| | : | |
| **Respondents.** | : | |

# ORDER

**AND NOW**, this 20th day of October 2026, upon consideration of Petitioner Aldo Sosa Salazar's Petition for Writ of Habeas Corpus (ECF No. 1), Petitioner's Supplement (ECF No. 3), the Government's Responses thereto (ECF Nos. 7 & 11), and the arguments and representations of counsel at a hearing held before this Court on October 16, 2026, and for the reasons set forth on the record during that hearing and in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. The Petition is **DENIED**, subject to the undertaking of Respondents that Petitioner shall receive the bond hearing contemplated by 8 U.S.C. § 1226(a) and its implementing regulations, if the Petitioner appropriately seeks to have one, with appeal to the Board of Immigration Appeals, if requested; and

2. Petitioner may be transferred to an appropriate facility that can facilitate future immigration hearings and to ensure that Petitioner has full access to and may pursue his available administrative remedies.

/s/ Antonio M. Pozos
**ANTONIO M. POZOS, J.**